# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOEY VIDAL GONZALEZ,  :  No. 133 MM 2023

Petitioner  :

v.  :

LEHIGH COUNTY COURT OF COMMON PLEAS (PRESIDENT JUDGE JOHNSON; JUDGE ANTHONY),  :

Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.